**Order entered December 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01207-CV

**TRACIE WILSON, Appellant**

**V.**

**LAMBERTH RATCLIFFE COVINGTON PLLC, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0520**

## ORDER

Before the Court is appellant's December 11, 2018 motion to file her amended brief. We **GRANT** the motion and **ORDER** the amended brief received on December 3, 2018 filed as of the date of this order. We **STRIKE** appellant's November 30, 2018 brief.

/s/    DAVID EVANS
        JUSTICE